UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERNOR RESALE, INC.,

    Plaintiff,

v.                                Case No. 10-14177

INDIANA INSURANCE, et al.,

    Defendants.
                                      /

**ORDER OF DISMISSAL**

The parties contacted the court's case manager by telephone and advised that a resolution to the above-captioned matter has been reached. Accordingly,

IT IS ORDERED that the matter is DISMISSED without prejudice to the right of either party to move by **August 29, 2011**, to vacate this order if a final settlement is not consummated. After **August 29, 2011**, this dismissal will become with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: July 29, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 29, 2011, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522